**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSUE ABRAHAM CHE OCHOA, | Case No.  1:26-cv-02194 JLT SKO (HC) |
| Petitioner, | A-Number: 221-489-244 |
| v. | ORDER DIRECTING CLERK OF COURT TO TERMINATE MOTIONS AND CLOSE CASE PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL |
| WARDEN, CALIFORNIA CITY CORRECTION CENTER, | |
| Respondent. | (Doc. 7) |

Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On August 19, 2019, Petitioner filed a notice of voluntary dismissal. (Doc. 7.) Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the [petitioner] may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."  Pursuant to Rule 12 of the Rules Governing Section 2254 Cases, "[t]he Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provision or these rules, may be applied to a proceeding under these rules."

In this case, Respondent has not yet filed an answer or other responsive pleading. Therefore, under Rule 41(a)(1), the petition must be dismissed without prejudice.

1

Accordingly, the Clerk of Court is directed to terminate outstanding motions and close the case pursuant to Petitioner's notice of voluntary dismissal.

IT IS SO ORDERED.

Dated:   **April 5, 2026**

UNITED STATES DISTRICT JUDGE